FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLUE BIRD, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>GUARDIAN IGNITION INTERLOCK MANUFACTURING, INC., a Georgia corporation d/b/a Guardian Ozone, Inc.,<br><br>                Defendant. | NO: 2:21-CV-190-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a Stipulation for Dismissal with Prejudice, ECF No. 9. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal with Prejudice, **ECF No. 9**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** October 1, 2021.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2